**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

JOHN HOWARD SHIFFLETT,

       Petitioner,

v.                              //        CIVIL ACTION NO. 1:11CV128
                                          (Judge Keeley)

STATE OF WEST VIRGINIA

       Respondent.

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

On August 10, 2011, the <u>pro</u> <u>se</u> petitioner, John Howard Shiflett ("Shiflett"), filed a petition pursuant to 28 U.S.C. § 2254. The Court referred this matter to United States Magistrate Judge John S. Kaull for initial screening and a report and recommendation in accordance with LR PL P 2. Magistrate Judge Kaull determined that the petition appeared to be untimely. The Court issued Shiflett a <u>Hill v. Brixton</u> notice, to which Shiflett did not respond.

On December 21, 2011, Magistrate Judge Kaull issued an Opinion and Report and Recommendation ("R&R"), in which he recommended that Shiflett's § 2254 be denied and dismissed with prejudice for two reasons. First, the magistrate judge determined that Shiflett's petition was untimely under 28 U.S.C. § 2244(d) because Shiflett filed his petition more than one year after the date on which his state court judgment became final. <u>See</u> § 2244(d)(1)(A). Second, the magistrate judge concluded that the Court lacked jurisdiction over Shiflett's petition because Shifflett was not in custody when he

**SHIFLETT v. WEST VIRGINIA**                                          **1:11CV128**

ORDER ADOPTING REPORT AND RECOMMENDATION

filed his petition. See 28 U.S.C. §2254(a).

The R&R also specifically warned Shiflett that his failure to object to the recommendation would result in the waiver of any appellate rights he might otherwise have on this issue. The parties did not file any objections.[*] Consequently, the Court **ADOPTS** the Report and Recommendation in its entirety (dkt. no. 9), **DENIES** the § 2254 petition (dkt. no 1) and **ORDERS** that this case be **DISMISSED WITH PREJUDICE** and stricken from the Court's docket.

It is so **ORDERED.**

Pursuant to Fed. R. Civ. P. 58, the Court directs the Clerk of Court to enter a separate judgment order and to transmit copies of both orders to counsel of record and to the <u>pro se</u> petitioner, certified mail, return receipt requested.

Dated: October 3, 2012.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

_____

[*] The failure to object to the Report and Recommendation not only waives the appellate rights in this matter, but also relieves the Court of any obligation to conduct a <u>de novo</u> review of the issue presented. <u>See</u> <u>Thomas v. Arn</u>, 474 U.S. 140, 148-153 (1985); <u>Wells v. Shriners Hosp.</u>, 109 F.3d 198, 199-200 (4th Cir. 1997).

2